```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JANE MANTHEY, *et al.***                                CIVIL ACTION

**VERSUS**                                                          No. 07-6193

**ENCOMPASS PROPERTY & CASUALTY COMPANY, *et al.***      SECTION: I/1

### ORDER AND REASONS

Before the Court is a motion for summary judgment[1] and a motion for partial summary judgment[2] filed on behalf of defendant, Aparicio, Walker & Steeling, Inc., ("AWS").

Having thoroughly reviewed AWS's motion for summary judgment and the applicable law, and considering the fact that AWS's motion for summary judgment is unopposed, the Court finds that plaintiffs' claims against AWS are perempted.[3]

Accordingly,

---

[1] Rec. Doc. No. 16. In its motion for summary judgment, AWS asserts that plaintiffs' claims against AWS for failure to advise plaintiffs of the option to buy flood insurance and for failure to inform plaintiffs that their damages may not be covered by the chosen policy are perempted and, therefore, plaintiffs' claims against AWS should be dismissed. Rec. Doc. No. 16-3, p. 2. AWS alternatively argues that plaintiffs' claims against AWS should be dismissed because AWS had no duty to independently advise plaintiffs about the cost, availability, or desirability of certain insurance coverages or additional limits of insurance. *Id*. at p. 10.

[2] Rec. Doc. No. 15. In its motion for partial summary judgment, AWS argues that, in light of the fact that Louisiana law does not subject insurance agents to bad faith penalties, plaintiffs' claims against AWS for bad faith penalties should be dismissed. Rec. Doc. No. 15-4, pp. 1-2.

[3] In light of its findings herein, the Court need not address the issue of whether an insurance agent has the duty to advise his client regarding the cost, availability, or desirability of certain insurance coverages or additional limits of insurance.

**IT IS ORDERED** that AWS's motion for summary judgment is **GRANTED** and that plaintiffs' claims against AWS are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that AWS's motion for partial summary judgment is **DISMISSED AS MOOT.**

New Orleans, Louisiana, July 8, 2008.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**